475 A.2d 159

Commonwealth v. Ellis, Appellant.

Reargument Denied June 5, 1984.

Submitted October 11, 1983. Alan Ellis, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Case remanded. Jurisdiction is relinquished.

474 A.2d 641

Commonwealth v. Everett, Appellant.

Submitted January 4, 1984. Robert E. Donatelli, for appellant; Henry S. Perkin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, TAMILIA and HOFFMAN, JJ.

Judgment of sentence is affirmed.

Jurisdiction relinquished.